Janet Cory Sommer, (SBN 169516)
E-mail: jsommer@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
545 Middlefield Road, Suite 180
Menlo Park, CA 94025-3471
Tel: 650.327.2672   Fax: 650.688.8333

Attorneys for Defendant
BERRYESSA UNION SCHOOL DISTRICT

*E-Filed 11/12/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA PARRENO,<br><br>     Plaintiff,<br><br>v.<br><br>BERRYESSA UNION SCHOOL DISTRICT, a California School District, and DOES ONE through FIFTY, inclusive,<br><br>     Defendants. | Case No. C09 03422 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br>(Local Rules 16-2 and 7-12) |

Pursuant to Local Rules 16-2 and 7-12, Plaintiff Margarita Parreno and Defendant Berryessa Union School District hereby stipulate and request this Court to continue the Initial Case Management Conference from December 2, 2009 to March 3, 2010, and to continue all deadlines associated with the Initial Case Management Conference accordingly.

Pursuant to the stipulation filed by the parties on October 26, 2009, Defendant's response to the Complaint is due on December 8, 2009. Defendant plans to file a Rule 12(b)(6) motion to dismiss the complaint, and the parties request that the Initial Case Management Conference be continued to allow Defendant and the Court to consider that motion before conducting the Initial Case Management Conference.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: November 9, 2009

By: _____
Stephen F. Henry
Attorney for Plaintiff
MARGARITA PARRENO

Dated: November 9, 2009

Burke, Williams & Sorensen, LLP
Janet Cory Sommer

By: _____
Janet Cory Sommer
Attorneys for Defendant
BERRYESSA UNION SCHOOL DISTRICT

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/12/09

_____
Hon. Richard Seeborg

**Filer's Attestation:**

I, Janet Cory Sommer, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (Local Rules 16-2 and 7-12)**. In compliance with General Order 45, Section X(B), I hereby attest that concurrence in the filing of the document has been obtained from Stephen F. Henry.

By: _____
JANET CORY SOMMER

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

MP #4821-3343-1813 v1

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE, CASE NO. C09 03422 RS