IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA PARRENO, | No. C 09-3422 RS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BERRYESSA UNION SCHOOL DISTRICT, | |
| Defendant. | |

On February 8, 2010, the Court granted the motion to dismiss brought by defendant Berryessa Union School District ("the District"), without leave to amend as to any claims against the District. The Court granted plaintiff 20 days leave to amend to state a claim against any individuals, but cautioned that she should give careful consideration to whether any such claims were viable and proceed only if a good faith basis exists for doing so. A month has elapsed and no amended complaint has been filed. Plaintiff's failure to file an amended complaint within the allotted time warrants final dismissal of the entire action, under Rule 41(b) of the Federal Rules of

Civil Procedure. *Yourish v. California Amplifier*, 191 F.3d 983, 988 (9th Cir. 1999). The Clerk shall therefore close the file.

IT IS SO ORDERED.

Dated: 03/08/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE